AUSA: Andrea Hutting Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Roger Wechter Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Evan Scott

Case No. Case: 2:26−mj−30726
Assigned To : Unassigned
Assign. Date : 11/17/2026
Description: CMP USA V. SCOTT (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 16, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | Possession with intent to distribute controlled substances; five kilograms or more of a mixture and substance containing a detecable amouint of cocaine. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Roger Wechter, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: November 17, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Roger Wechter, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May of 2017. I am currently assigned to the FBI Detroit Division's Strike Force Group 1. Prior to working for the FBI, I was a police officer for 14 years with the Bloomfield Township Police Department. I have participated in and conducted hundreds of investigations involving federal and state violations including, but not limited to, crimes involving illegal drug trafficking.

2. The statements contained in this affidavit are based upon my experience as a former police officer and as a current FBI Special Agent, information provided by police officers, other Special Agents of the FBI, other law enforcement personnel, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3. As explained below, there is probable cause to believe that Evan Blake SCOTT has committed a violation of Title 21, United States Code, Sections 841(a) and (b)(1)(A)(ii), Possession with Intent to Distribute a Controlled Substance; five

kilograms or more of a mixture and substance containing a detectable amount of cocaine.

**Probable Cause**

4. In August 2025, FBI Detroit identified SCOTT as a local subject who met with known drug couriers to conduct what investigators believed to be drug transactions and money pickups. Agents consistently observed SCOTT visiting a warehouse located on Conant St. in Detroit, Michigan, during these suspected drug transactions and/or money pickups with the couriers.

5. Beginning in January of 2026, investigators also determined that SCOTT received shipments of narcotics at the same warehouse delivered by a third-party shipping company. Investigators then observed SCOTT making what investigators concluded from their training and experience were short term deliveries of suspected drugs to various customers after he received a shipment of narcotics. In November of 2026, investigators were alerted to another pending shipment set to be delivered by the same shipping company to the warehouse on November 16, 2026. In anticipation of the delivery, investigators obtained a federal search warrant for the warehouse.

6. On Monday November 16, 2026, investigators observed the third-party shipping company making the delivery to the warehouse. Approximately 90 minutes later, SCOTT drove from his residence in Royal Oak, Michigan, and arrived at the

warehouse where he pulled into one of the bay doors. Shortly after SCOTT arrived at the warehouse, law enforcement executed the search warrant.

7. When law enforcement entered the warehouse, they immediately encountered SCOTT, who was seated in a white Audi SUV and the lone occupant inside the warehouse. SCOTT had parked Audi in a manner so that the trunk of the vehicle was backed up to an orange plastic-wrapped wooden crate situated on a wooden pallet, as if he was readying himself to access it.

8. Agents searched the crate near the vehicle SCOTT was seated in and found numerous Home Depot buckets concealed in wood shavings, which contained a total of 49 kilogram-sized objects. A field test of one of the objects using a Tru-Narc device revealed a positive result for cocaine. Photographs of the wooden crate near SCOTT's vehicle, the Home Depot buckets, and the kilograms of cocaine are shown below:







**Conclusion**

9. Based on this information, there is probable cause to believe that Evan Blake SCOTT committed the violation of Title 21, United States Code, Sections 841(a) and (b)(1)(A)(ii), Possession with Intent to Distribute a Controlled Substance; five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Special Agent Roger Wechter
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

November 17, 2026